■ JESSICA H. SILVERMAN, Appellant, v NANCY SCIARTELLI, as Executrix of JAMES J. SCIARTELLI, Deceased, Respondent, et al., Defendant. (Appeal No. 2.) [807 NYS2d 888]—Appeal from a judgment of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered February 22, 2005 in a personal injury action. The judgment, among other things, dismissed the amended complaint against defendant Nancy Sciartelli, as executrix of the estate of James J. Sciartelli, deceased.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Silverman v Sciartelli* (26 AD3d 761 [2006]). Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.

■ HARRY YERDON, Respondent, v ELIZABETH J. ALLEN, Appellant. [807 NYS2d 888]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered March 28, 2005 in a personal injury action. The order denied defendant's motion for summary judgment dismissing the complaint and reconfirmed a previously scheduled trial date.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.

■ DIANE G. PINTAGRO, Respondent, v THOMAS J. PINTAGRO, Appellant. [807 NYS2d 887]—Appeal from a judgment of the Supreme Court, Chautauqua County (Stephen W. Cass, A.J.), entered May 25, 2005 in a divorce action. The judgment, among other things, dissolved the marriage between plaintiff and defendant by reason of the cruel and inhuman treatment of plaintiff by defendant.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Green and Hayes, JJ.